

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00166-CV

———————————————

JANIE MARIE BRANDT MENZIES, Appellant

V.

GREGORY CONDLEY AND LAURA CONDLEY, Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-321866-20

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion to Dismiss Appeal" and "Appellees/Cross-Appellants' Motion to Dismiss Appeal." We grant both motions and dismiss the appeal and the cross-appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 5, 2023